```
                                            U.S. DISTRICT COURT
                                            DISTRICT OF VERMONT
                                                   FILED
        UNITED STATES DISTRICT COURT
                 FOR THE                    2025 JUN 12 PM 3: 15
           DISTRICT OF VERMONT
                                                  CLERK
                                            BY_____
IN RE ATTORNEY ADMISSION    )   Misc. No.      DEPUTY CLERK
                            )
                                     2:25-mc-87
```

## MOTION FOR ADMISSION OF SARAH W. ROCHA

Pursuant to Local Rule of Procedure 83.1(c), Michael P. Drescher, Acting United States Attorney for the District of Vermont, hereby moves for the admission of Sarah W. Rocha, a trial attorney employed by the U.S. Department of Justice, Criminal Division, Fraud Section. In particular, Attorney Rocha seeks admission to this Court for the purpose of representing the United States of America in cases involving violations of federal statutes including health care fraud offenses. In support of this motion, please find the attached Declaration of Sarah W. Rocha.

1.  Attorney Rocha is admitted to the bar of the District of Columbia and is admitted to practice and has handled cases on behalf of the United States in the following federal courts: Southern District of Texas and District of Columbia. She is in good standing in those districts. She has been employed by the U.S. Department of Justice, Criminal Division, Fraud Section since 2017. Prior to that, she was employed as an Assistant United States Attorney in the Southern District of Texas. The undersigned counsel is not aware of any fact that would call her integrity or character into question. The undersigned counsel understands from Attorney Rocha that she is not subject to any pending disciplinary proceedings. Therefore, the United States respectfully requests that this application for admission be deemed to have satisfied the requirements of Local Rule 83.1(c)(4) and (5).

2.  Also as indicated in her declaration, Attorney Rocha is familiar with the Federal

Rules of Civil Procedure and has fully reviewed the Local Rules of the United States District Court for the District of Vermont and the Vermont Rules of Professional Conduct. Attorney Rocha will be registering to use CM/ECF in the District of Vermont and is currently registered to use the CM/ECF system in the District of Columbia.

3. Local Rule 83.1(c)(2) further requires as a condition of admission to this Court that the applicant take the proper oath. The United States respectfully requests that Attorney Rocha be permitted to take the oath via video conference.

4. Because Attorney Rocha is counsel for the federal government, the Clerk should waive the admission fee. Vt. L.R. 83.1(d).

Wherefore, the United States respectfully requests this Court to enter an order granting this motion, admitting Sarah W. Rocha to the United States District Court for the District of Vermont and waiving the admission fee. A proposed order is attached hereto for the Court's consideration.

Dated at Burlington, in the District of Vermont, June 12, 2025.

Respectfully submitted,

UNITED STATES OF AMERICA

MICHAEL P. DRESCHER
Acting United States Attorney

By:

ANDREW C. GILMAN
Assistant U.S. Attorney
P.O. Box 570
Burlington, VT 05402-0570
(802) 951-6725
Andrew.Gilman2@usdoj.gov