U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2025 JUN 12 PM 3: 15

CLERK

BY_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

IN RE ATTORNEY ADMISSION        )
                                )        Misc. No.
                                )
                                )        2:25-mc- 87

## DECLARATION OF SARAH W. ROCHA

Sarah W. Rocha, pursuant to 28 U.S.C. § 1746, declares as follows:

1.      I am a Trial Attorney with the United States Department of Justice, Criminal

Division, Fraud Section. I make this Declaration based on personal knowledge.

2.      My contact information is as follows:

        My physical office and office mailing address is:
        Department of Justice, Fraud Section
        12th Floor
        1401 New York Avenue, NW
        Washington, DC 20005.

        My telephone number is: (202) 330-1735.

        My email address is: sarah.wilsonrocha@usdoj.gov.

3.      I am admitted to practice in the following federal courts: District of Columbia,

Southern District of Texas, Eastern District of Michigan.

4.      I graduated from the University of Pennsylvania School of Law in 2007. I have

been licensed to practice law, and have practiced law, since 2007.   I have been employed as a

trial attorney with the United States Department of Justice since 2017. Prior to that, I was

employed as an Assistant United States Attorney in the Southern District of Texas. I have

litigated numerous cases in various federal courts involving health care fraud and other laws.

5.      I am a member in good standing of the bar of the District of Columbia. From

November 2007 to January 2025, I was an active member in good standing of the bar of the State

1

of Texas. Since January 2025, because I no longer live in Texas or practice law there, I have been an inactive member of the bar of the State of Texas.

6.      I have never been subject to any disciplinary proceedings in any jurisdiction. I have not been denied admission to, been disciplined by, resigned from, surrendered my license to practice before, or withdrawn an application for admission to practice before this Court or any other court while facing a disciplinary complaint.

7.      I am familiar with Federal Rules of Civil Procedure and have fully reviewed the Local Rules of the United States District Court for the District of Vermont and the Vermont Rules of Professional Conduct.

8.      I plan to register to use CM/ECF in the District of Vermont. I am currently registered to use the CM/ECF system of the United States District Courts in various districts including the District of Columbia.

I declare under penalty of perjury that the foregoing is true and correct.

Executed at _Burlington, Vermont_ on _June 12_____, 2025.

Sarah W. Rocha
Trial Attorney
U.S. Department of Justice
Criminal Division, Fraud Section

2