U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2025 JUN 16 PM 4: 13

CLERK

BY **/s/**
DEPUTY CLERK

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

IN RE ATTORNEY ADMISSION ) Misc. No. 2:25-mc-87
)

### ORDER GRANTING FULL ADMISSION OF SARAH W. ROCHA TO PRACTICE BEFORE THIS DISTRICT COURT

Upon consideration of the Motion for Admission of Attorney Sarah W. Rocha, it is hereby ORDERED that the Motion is GRANTED. And it is FURTHER ORDERED:

1. Attorney Rocha shall be fully admitted to practice in this Court pursuant to Local Rule 83.1.

2. Attorney Rocha shall take the proper oath, as required by the Local Rules, by video-conference or the first time she appears in this Court.

3. After Attorney Rocha takes the proper oath in accordance with the Local Rules, including by videoconference, Attorney Rocha will be authorized to file pleadings under her own name and otherwise represent the interests of the United States.

4. The requirement to file an application fee is waived pursuant to Local Rule 83.1(d).

Dated at Burlington, in the District of Vermont, this 16th day of June, 2025.

HON. CHRISTINA REISS
Chief Judge
United States District Court
for the District of Vermont